**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | |
|---|---|
| THE HOOPSKIRT LOFTS CONDOMINIUM ASSOCIATION | : No. 589 EAL 2017 |
| | : |
| | : |
| v. | : Petition for Allowance of Appeal from |
| | : the Order of the Commonwealth Court |
| | : |
| | : |
| VAMSIDHAR VURIMINDI AND ANN BORIS | : |
| | : |
| | : |
| PETITION OF: VAMSIDHAR VURIMINDI | : |

| | |
|---|---|
| THE HOOPSKIRT LOFTS CONDOMINIUM ASSOCIATION | : No. 590 EAL 2017 |
| | : |
| | : |
| v. | : Petition for Allowance of Appeal from |
| | : the Order of the Commonwealth Court |
| | : |
| | : |
| VAMSIDHAR VURIMINDI AND ANN BORIS | : |
| | : |
| | : |
| PETITION OF: VAMSIDHAR VURIMINDI | : |

| | |
|---|---|
| THE HOOPSKIRT LOFTS CONDOMINIUM ASSOCIATION | : No. 591 EAL 2017 |
| | : |
| | : |
| v. | : Petition for Allowance of Appeal from |
| | : the Order of the Commonwealth Court |
| | : |
| | : |
| VAMSIDHAR VURIMINDI AND ANN BORIS | : |
| | : |
| | : |
| PETITION OF: VAMSIDHAR VURIMINDI | : |

| | |
|---|---|
| THE HOOPSKIRT LOFTS CONDOMINIUM ASSOCIATION | : No. 592 EAL 2017 |
| | : |

|  |  |
|---|---|
| v. | : Petition for Allowance of Appeal from |
|  | : the Order of the Commonwealth Court |
|  | : |
|  | : |
| VAMSIDHAR VURIMINDI AND ANN BORIS | : |
|  | : |
|  | : |
|  | : |
| PETITION OF: VAMSIDHAR VURIMINDI | : |
| THE HOOPSKIRT LOFTS CONDOMINIUM ASSOCIATION | : No. 593 EAL 2017 |
|  | : |
|  | : |
|  | : Petition for Allowance of Appeal from |
| v. | : the Order of the Commonwealth Court |
|  | : |
|  | : |
| VAMSIDHAR VURIMINDI AND ANN BORIS | : |
|  | : |
|  | : |
|  | : |
| PETITION OF: VAMSIDHAR VURIMINDI | : |
| THE HOOPSKIRT LOFTS CONDOMINIUM ASSOCIATION | : No. 594 EAL 2017 |
|  | : |
|  | : |
|  | : Petition for Allowance of Appeal from |
| v. | : the Order of the Commonwealth Court |
|  | : |
|  | : |
| VAMSIDHAR VURIMINDI AND ANN BORIS | : |
|  | : |
|  | : |
|  | : |
| PETITION OF: VAMSIDHAR VURIMINDI | : |
| THE HOOPSKIRT LOFTS CONDOMINIUM ASSOCIATION | : No. 595 EAL 2017 |
|  | : |
|  | : |
|  | : Petition for Allowance of Appeal from |
| v. | : the Order of the Commonwealth Court |
|  | : |
|  | : |
| VAMSIDHAR VURIMINDI AND ANN BORIS | : |
|  | : |

PETITION OF: VAMSIDHAR VURIMINDI :

THE HOOPSKIRT LOFTS : No. 596 EAL 2017
CONDOMINIUM ASSOCIATION :
:
: Petition for Allowance of Appeal from
v. : the Order of the Commonwealth Court
:
:
VAMSIDHAR VURIMINDI AND ANN :
BORIS :
:
:
PETITION OF: VAMSIDHAR VURIMINDI :

## ORDER

**PER CURIAM**

    **AND NOW**, this 2nd day of July, 2018, the Petition for Allowance of Appeal is **DENIED**.